**MANDATE**

10-1175-cv, 10-1201-cv, 10-1352-cv
DISH Network Corp. v. DBSD North America, Inc., Sprint Nextel Corp. v. DBSD North America, Inc.

1  **UNITED STATES COURT OF APPEALS**
2  **FOR THE SECOND CIRCUIT**
3
4                                    ORDER
5
6  (Argued in tandem: August 5, 2010          Decided:   December 6, 2010)
7
8              Docket Nos. 10-1175, 10-1201, 10-1352
9
10
11  Before:      ROSEMARY S. POOLER,
12               REENA RAGGI,
13               GERARD E. LYNCH,
14                          *Circuit Judges.*
15
16  -------------------------------------------------------------------
17
18  IN RE: DBSD NORTH AMERICA, INCORPORATED,
19                          *Debtor.*
20
21  -------------------------------------------------------------------
22
23  DISH NETWORK CORPORATION,
24                          *Creditor-Appellant,*
25
26  v.
27
28  DBSD NORTH AMERICA, INCORPORATED,
29                          *Debtor-Appellee,*
30
31  AD HOC COMMITTEE OF SENIOR NOTEHOLDERS, OFFICIAL COMMITTEE OF
32  UNSECURED CREDITORS,
33                          *Creditors-Appellees.*
34
35  -------------------------------------------------------------------
36
37  SPRINT NEXTEL CORPORATION,
38                          *Appellant,*
39
40  v.
41
42  DBSD NORTH AMERICA, INC., AD HOC COMMITTEE OF SENIOR NOTEHOLDERS,
43  OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
44                          *Appellees.*
45
46  -------------------------------------------------------------------
47

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  JAN. 10, 2011

**MANDATE ISSUED ON 01/10/2011**

1    UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND

2    DECREED that the judgment of the district court is AFFIRMED IN PART and REVERSED

3    IN PART.  The emergency stay is VACATED as moot, and the motion to lift that stay is

4    DENIED as moot.

5        These consolidated appeals arise out of the bankruptcy of DBSD North America,

6    Incorporated and its various subsidiaries.  The bankruptcy court confirmed a plan of

7    reorganization for DBSD over the objections of the two appellants here, Sprint Nextel

8    Corporation ("Sprint") and DISH Network Corporation ("DISH").  The district court

9    affirmed.

10       On Sprint's appeal, we conclude that (1) Sprint has standing to appeal, and (2) that

11   the plan violated the absolute priority rule.  On DISH's appeal we find no error, and conclude

12   (1) that the bankruptcy court did not err in designating DISH's vote, (2) that, after

13   designating DISH's vote, the bankruptcy court properly disregarded DISH's class for voting

14   purposes, and (3) that the bankruptcy court did not err in finding the reorganization feasible.

15   We therefore affirm in part, reverse in part, and remand to the district court with instructions

16   to remand to the bankruptcy court for further proceedings.

17       An opinion will follow in due course.

18       Judge Pooler dissents from this order insofar as it reverses the judgment of the district

19   court on Sprint's appeal.

20
21                                   FOR THE COURT:
22                                   Catherine O'Hagan Wolfe, Clerk of Court

A True Copy

Catherine O'Hagan Wolfe, Clerk

United States Court of Appeals, Second Circuit