UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re
DBSD NORTH AMERICA, INC., et al.,
                 Debtors.
------------------------------------------------x
SPRINT NEXTEL CORPORATION,
                 Appellant,

         -against-                                  09 Civ. 10156 (LAK)

DBSD NORTH AMERICA, INC., et al.,               (Chap. 11 Case No.
                 Appellees.                        90-13061 (REG))
------------------------------------------------x
DISH NETWORK CORPORATION,
                 Appellant,

         -against-                                  09 Civ. 10372 (LAK)
                                                               09 Civ. 10373 (LAK)

DBSD NORTH AMERICA, INC., et al.,
                 Appellees.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        As directed by the mandate issued by the U.S.C.A. 2nd Cir. on January 10, 2011, the above captioned matters are remanded to the bankruptcy court for further proceedings.

        SO ORDERED.

Dated:       January 11, 2011

                                                      Lewis A. Kaplan
                                             United States District Judge