# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of January, two thousand and eleven,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  JAN. 11, 2011
```

Sprint Nextel Corporation,

Appellant,

v.

DBSD North America, Inc., Ad Hoc Committee of Senior Noteholders, Official Committee of Unsecured Creditors,

Appellees.

**ORDER**
Docket Number: 10-1352

A mandate issued in error on in the above-referenced case.

IT IS HEREBY ORDERED that the mandate in this case is recalled.

For The Court:

Catherine O'Hagan Wolfe, Clerk

*[signature: Catherine O'Hagan Wolfe]*

Yana Segal, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 01/10/2011