UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

DBSD NORTH AMERICA, INC., et al.,

                            Debtors.
------------------------------------------------------------x
SPRINT NEXTEL CORPORATION,

                            Appellant,

            -against-                              09 Civ. 10156 (LAK)

DBSD NORTH AMERICA, INC., et al.,            (Chap. 11 Case No.
                                                             90-13061 (REG))
                            Appellees.
------------------------------------------------------------x
DISH NETWORK CORPORATION,

                            Appellant,

            -against-                              09 Civ. 10372 (LAK)
                                                             09 Civ. 10373 (LAK)
DBSD NORTH AMERICA, INC., et al.,

                            Appellees.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In view of the Second Circuit's order recalling the mandate in this case, my order, dated January 11, 2011, remanding the above captioned matters to the Bankruptcy Court is vacated.

        SO ORDERED.

Dated:       January 14, 2011

                                                                    Lewis A. Kaplan
                                                               United States District Judge