UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

DBSD NORTH AMERICA, INC., et al.,

                                    Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SPRINT NEXTEL CORPORATION,

                                    Appellant,


                    -against-                                09 Civ. 10156 (LAK)

DBSD NORTH AMERICA, INC., et al.,                            (Chap. 11 Case No.
                                                              90-13061 (REG))
                                    Appellees.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DISH NETWORK CORPORATION,

                                    Appellant,


                    -against-                                09 Civ. 10372 (LAK)
                                                             09 Civ. 10373 (LAK)

DBSD NORTH AMERICA, INC., et al.,

                                    Appellees.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        As directed by the mandate issued by the United States Court of Appeals for the Second
Circuit, the above-captioned matters are remanded to the bankruptcy court for further proceedings.

        SO ORDERED.

Dated:      June 22, 2015

                                                    Lewis A. Kaplan
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/15